|  |  |
|---|---|
| 1 | Jeff Pollack, SBN 72274 |
|   | ROBERT A. GOLDSTEIN, |
| 2 | A PROFESSIONAL LAW CORPORATION |
|   | 1430 Franklin Street, Suite 202 |
| 3 | Oakland, California 94612 |
|   | Tele: (510) 834-6720 |
| 4 | Fax: (510) 834-5476 |
|   | Attorney for plaintiff Chudi C. Iwu |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| CHUDI C. IWU, | ) | Case No. C07-06506 CRB |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | **PLAINTIFF'S CERTIFICATION OF THAT THERE ARE NO INTERESTED ENTITIES OR PARTIES IN THIS CASE OTHER THAN THE NAMED PARTIES** |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| GENESIS LENDING GROUP, INC., | ) | **[Civil L.R. 3-16(b)(3) & (c)(2)]** |
| PETER A. CAMPELLONE, | ) |  |
| RONALD GRAVES, SARAH GRAVES | ) |  |
|  | ) |  |
| Defendants. | ) |  |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: April 1, 2008                                    /S/
                                                                    _____
                                                                    Jeff Pollack,
                                                                    Attorney for plaintiff Chudi C. Iwu

**PLAINTIFF'S CERTIFICATION THAT THERE ARE NO INTERESTED ENTITIES OR PARTIES IN THIS CASE OTHER THAN THE NAMED PARTIES**

1 **PROOF OF SERVICE**

2   I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Oakland, County of Alameda, California; my business address is 1430 Franklin Street, Suite 202, Oakland, California 94612. On the below date I served the attached document(s) entitled:

**PLAINTIFF'S CERTIFICATION THAT THERE ARE NO INTERESTED ENTITIES OR PARTIES IN THIS CASE OTHER THAN THE NAMED PARTIES**

as follows:

| | |
|---|---|
| Genesis Lending Group, Inc.<br>C/o Peter A. Campellone<br>3151 Airway Ave., Suite F200<br>Costa Mesa, California 94626 | Sarah Graves<br>925 Begonia Avenue<br>Costa Mesa, California 92626 |
| Richard Jay Blaskey<br>Law Offices of Richard Jay Blaskey<br>Huntington Beach Plaza<br>17011 Beach Boulevard, Suite 900<br>Huntington Beach, California 92647-5998 | Ronald Graves<br>925 Begonia Avenue<br>Costa Mesa, California 92626 |

XXX **(BY MAIL)**: On the date stated below, I served a copy of the above document on each of the parties noted above by placing copies of the document in sealed envelopes, with postage prepaid, addressed to each of the parties noted above at their respective addresses noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration is executed in Oakland, California on April 1, 2008.

/S/
JONAS PARR

**PLAINTIFF'S CERTIFICATION THAT THERE ARE NO INTERESTED ENTITIES OR PARTIES IN THIS CASE OTHER THAN THE NAMED PARTIES**    2