MAR-14-2008 16:36 FROM:OAKLAND LAB 510 752 6106 TO:98345476 P:1/1
Case 3:07-cv-06506-CRB   Document 5   Filed 04/01/2008   Page 1 of 1
Mar 14 08 04:37p   robert goldstein   5108345476   p.2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Chudi C. Iwu

                Plaintiff(s),

v.

Genesis Lending Group, Inc., et al.

                Defendant(s).

Case No. C07-06506CRB

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 3/14/08

                                                        [Party]

Dated: 3/14/08

                                                        [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."