```
```

Jeff Pollack, SBN 72274
ROBERT A. GOLDSTEIN,
A PROFESSIONAL LAW CORPORATION
1430 Franklin Street, Suite 202
Oakland, California 94612
Tele: (510) 834-6720
Fax: (510) 834-5476
Attorney for plaintiff Chudi C. Iwu

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHUDI C. IWU                ) Case No. C07-06506 CRB
                            )
         Plaintiff,         ) **CERTIFICATION OF SERVICE OF**
                            ) **SUMMONS, COMPLAINT,**
vs.                         ) **AND OTHER RELATED DOCUMENTS**
                            ) **ON DEFENDANT GENESIS**
                            ) **LENDING GROUP, INC.**
GENESIS LENDING GROUP, INC.,) **[FRCivP 4(l)]**
PETER A. CAMPELLONE,        )
RONALD GRAVES, SARAH GRAVES )
                            )
         Defendants.        )
_____)

Pursuant to Federal Rule of Civil Procedure 4(l) plaintiff, by and through his attorney of record, hereby files the attached Proof of Service documents showing that defendant GENESIS LENDING GROUP, INC. has been served with the Summons, Complaints and other documents that are required to be served in this case.

Dated: March 31, 2008            ROBERT A. GOLDSTEIN,
                                 A PROFESSIONAL LAW CORPORATION


                                 By: _____/S/_____
                                     Jeff Pollack,
                                     Attorney for plaintiff Chudi C. Iwu

| Attorney or Party without Attorney: <br> LAW OFFICES OF ROBERT A. GOLDSTEIN <br> 1430 FRANKLIN ST., 2ND FLOOR <br> Oakland, CA 94612 <br> Telephone No:    FAX No: | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: <br> PLAINTIFF |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of Califronia

Plaintiff: IWU

Defendant: GENESIS LENDING GROUP, INC

| PROOF OF SERVICE <br> By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C07-06506-CRB |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the -; COVER LETTER TO DEFENDANT; SUMMONS IN A CIVIL CASE, COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISXE JURISDICTION; ORDER SETTING INITAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DISPUTE RESOLUTION PROCEDURES BOOKLET

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

   a. Date of Mailing:    Thu., Jan. 31, 2008
   b. Place of Mailing:
   c. Addressed as follows:   GENESIS LENDING GROUP, INC
                              3151 AIRWAY AVE, SUITE F200
                              COSTA MESA, CA 94626

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Jan. 31, 2008 in the ordinary course of business.

5. Person Serving:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:  $95.00
   b. ELAINE J. ERDMAN    e. I am:
   1714 FRANKLIN STREET, #100-334, Registration # ALAMEDA # 1
   Oakland, CA 94612
   c. (510) 799-4308, FAX (510) 799-4302

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Jan. 31, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

goldstei.30047

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| LAW OFFICE OF ROBERT A. GOLDSTEIN<br>1430 FRANKLIN ST., 2ND FLOOR<br>Oakland, CA 94612 | | | | |
| Telephone No: | | Ref. No or File No.:<br>PLAINTIFF | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of Califronia | | | | |
| Plaintiff: IWU | | | | |
| Defendant: GENESIS LENDING GROUP, INC | | | | |
| **AFFIDAVIT OF<br>REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07-06506-CRB |

1. I, ELAINE J. ERDMAN, and any employee or independent contractors retained by ELAINE J. ERDMAN are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant GENESIS LENDING GROUP, INC as follows:

2. Documents: -; Cover Letter To Defendant; Summons In A Civil Case, Complaint For Damages; Demand For Jury Trial; Ecf Registration Information Handout; Notice Of Availability Of Magistrate Judge To Exercisxe Jurisdiction; Order Setting Inital Case Management Conference And Adr Deadlines; Dispute Resolution Procedures Booklet.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 01/31/08 | 11:28am | Business | AGENT WAS NOT IN ANDTHE OFFICE HAS BEEN LOCKED UP FOR THE PAST SEVERAL ATTEMPTS Attempt made by: JORDAN NELSON. Attempt at: % PETER A. CAMPELLONE, VICE PRESIDENT 3151 AIRWAY AVENUE, SUITE F200 COSTA MESA CA. 94626. |
| Thu | 01/31/08 | 11:28am | Business | Substituted Service on: GENESIS LENDING GROUP, INC Business - 3151 AIRWAY AVE, SUITE F200 COSTA MESA, CA. 94626 by Serving: JUDY ROCKMORE, OFFICE MANAGER . a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served by leaving a copy of the document(s) with: JUDY ROCKMORE, OFFICE MANAGER. Served by: JORDAN NELSON |
| Thu | 01/31/08 | | | Mailed copy of Documents to: GENESIS LENDING GROUP, INC |

3. Person Executing
   a. ELAINE J. ERDMAN
   b. ELAINE J. ERDMAN
      1714 FRANKLIN STREET, #100-334, Registration # ALAMEDA # 1
      Oakland, CA 94612
   c. (510) 799-4308, FAX (510) 799-4302

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. **The Fee** for service was: $95.00
e. I am: (3) registered California process server
   (i) Employee
   (ii) Registration No.:      1
   (iii) County:                Alameda
   (iv) Expiration Date:    Thu, Feb. 14, 2008

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Jan. 31, 2008      **AFFIDAVIT OF REASONABLE DILIGENCE**      (ELAINE J. ERDMAN)      goldstei.30047

| Attorney or Party without Attorney:<br>LAW OFFICES ROBERT A<br>1430 FRANKLIN ST., 2ND FLOOR<br>Oakland, CA 94612<br>Telephone No: | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.:<br>PLAINTIFF | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of Califronia | | | | |
| Plaintiff: IWU<br>Defendant: GENESIS LENDING GROUP, INC | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07-06506-CRB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the -; COVER LETTER TO DEFENDANT; SUMMONS IN A CIVIL CASE, COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISXE JURISDICTION; ORDER SETTING INITAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DISPUTE RESOLUTION PROCEDURES BOOKLET

3. a. Party served:                         GENESIS LENDING GROUP, INC
   b. Person served:                      JUDY ROCKMORE, OFFICE MANAGER .

4. Address where the party was served:      3151 AIRWAY AVE, SUITE F200
                                                          COSTA MESA, CA 94626

5. I served the party:
   b. by substituted service. On: Thu., Jan. 31, 2008 at: 11:28AM by leaving the copies with or in the presence of:
                   JUDY ROCKMORE, OFFICE MANAGER
   (1) (**Business**) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: GENESIS LENDING GROUP, INC
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JORDAN NELSON                                  d. *The Fee for Service was:*    $95.00
   b. ELAINE J. ERDMAN                         e. I am: (3) registered California process server
       1714 FRANKLIN STREET, #100-334, Registration # ALAMEDA # 1    (i) Owner
       Oakland, CA 94612                                           (ii) Registration No.:    PSC 1608
       c. (510) 799-4308, FAX (510) 799-4302                  (iii) County:                Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Thu, Jan. 31, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007                   PROOF OF SERVICE                 (JORDAN NELSON)      goidstei.30047

p.1                                                                                                                               Jan 31 08 07:43p

**PROOF OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Oakland, County of Alameda, California; my business address is 1430 Franklin Street, Suite 202, Oakland, California 94612. On the below date I served the attached document(s) entitled:

**CERTIFICATION OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER DOCUMENTS ON DEFENDANT GENESIS LENDING GROUP, INC. [FRCivP 4(l)]**

as follows:

Genesis Lending Group, Inc.  
C/o Peter A. Campellone  
3151 Airway Ave., Suite F200  
Costa Mesa, California 94626

Sarah Graves  
925 Begonia Avenue  
Costa Mesa, California 92626

Richard Jay Blaskey  
Law Offices of Richard Jay Blaskey  
Huntington Beach Plaza  
17011 Beach Boulevard, Suite 900  
Huntington Beach, California 92647-5998

Ronald Graves  
925 Begonia Avenue  
Costa Mesa, California 92626

XXX **(BY MAIL)**: On the date stated below, I served a copy of the above document on each of the parties noted above by placing copies of the document in sealed envelopes, with postage prepaid, addressed to each of the parties noted above at their respective addresses noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration is executed in Oakland, California on April 1, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　/S/  
　　　　　　　　　　　　　　　　　　　　　　JONAS PARR

CERTIFICATION OF SERVICE OF SUMMONS,  
COMPLAINT, AND OTHER RELATED DOCUMENTS  
ON DEFENDANT GENESIS LENDING GROUP, INC.    2