|  |  |
|---|---|
| 1 | Jeff Pollack, SBN 72274 |
|  | ROBERT A. GOLDSTEIN, |
| 2 | A PROFESSIONAL LAW CORPORATION |
|  | 1430 Franklin Street, Suite 202 |
| 3 | Oakland, California 94612 |
|  | Tele: (510) 834-6720 |
| 4 | Fax: (510) 834-5476 |
|  | Attorney for plaintiff Chudi C. Iwu |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHUDI C. IWU                        )    Case No. C07-06506 CRB
                                    )
        Plaintiff,                  )    **CERTIFICATION OF SERVICE OF**
                                    )    **SUMMONS, COMPLAINT,**
vs.                                 )    **AND OTHER RELATED DOCUMENTS**
                                    )    **ON DEFENDANT PETER A.**
GENESIS LENDING GROUP, INC.,        )    **CAMPELLONE**
PETER A. CAMPELLONE,                )    **[FRCivP 4(l)]**
RONALD GRAVES, SARAH GRAVES         )
                                    )
        Defendants.                 )
_____)

Pursuant to Federal Rule of Civil Procedure 4(l) plaintiff, by and through his attorney of record, hereby files the attached Proof of Service documents showing that defendant PETER A. CAMPELLONE has been served with the Summons, Complaints and other documents that are required to be served in this case.

Dated: April 1, 2008            ROBERT A. GOLDSTEIN,
                                A PROFESSIONAL LAW CORPORATION


                                By: _____/S/_____
                                    Jeff Pollack,
                                    Attorney for plaintiff Chudi C. Iwu

**Attorney or Party without Attorney:**
LAW OFFICES OF ROBERT A. GOLDSTEIN,
1430 FRANKLIN ST., 2ND FLOOR
Oakland, CA 94612
Telephone No:

**Attorney for:** Plaintiff

**Ref. No. or File No.:** PLAINTIFF

**Insert name of Court, and Judicial District and Branch Court:**
United States District Court, Northern District Of Califronia

**Plaintiff:** IWU
**Defendant:** GENESIS LENDING GROUP, INC

## PROOF OF SERVICE

Hearing Date: | Time: | Dept/Div: | Case Number: C07-06506-CRB

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the -; COVER LETTER TO DEFENDANT; SUMMONS IN A CIVIL CASE, COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISXE JURISDICTION; ORDER SETTING INITAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DISPUTE RESOLUTION PROCEDURES BOOKLET

3. a. Party served: PETER A. CAMPELLONE
   b. Person served: PETER A. CAMPELLONE

4. Address where the party was served: 3151 AIRWAY AVENUE, SUITE F200
   COSTA MESA, CA 94626

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jan. 15, 2008 (2) at: 2:45PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JORDAN NELSON
   b. **ELAINE J. ERDMAN**
   1714 FRANKLIN STREET, #100-334, Registration # ALAMEDA # 1
   Oakland, CA 94612
   c. (510) 799-4308, FAX (510) 799-4302

   d. **The Fee** for Service was: $95.00
   e. I am: (3) registered California process server
   (i) Owner
   (ii) Registration No.: PSC 1608
   (iii) County: Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Sat, Jan. 19, 2008

(JORDAN NELSON)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE**

goldstei.30048

**PROOF OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Oakland, County of Alameda, California; my business address is 1430 Franklin Street, Suite 202, Oakland, California 94612. On the below date I served the attached document(s) entitled:

**CERTIFICATION OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER DOCUMENTS ON DEFENDANT PETER A. CAMPELLONE**
**[FRCivP 4(l)]**

as follows:

| | |
|---|---|
| Genesis Lending Group, Inc.<br>C/o Peter A. Campellone<br>3151 Airway Ave., Suite F200<br>Costa Mesa, California 94626 | Sarah Graves<br>925 Begonia Avenue<br>Costa Mesa, California 92626 |
| Richard Jay Blaskey<br>Law Offices of Richard Jay Blaskey<br>Huntington Beach Plaza<br>17011 Beach Boulevard, Suite 900<br>Huntington Beach, California 92647-5998 | Ronald Graves<br>925 Begonia Avenue<br>Costa Mesa, California 92626 |

XXX **(BY MAIL)**: On the date stated below, I served a copy of the above document on each of the parties noted above by placing copies of the document in sealed envelopes, with postage prepaid, addressed to each of the parties noted above at their respective addresses noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration is executed in Oakland, California on April 1, 2008.

                                                              /S/
                                                      JONAS PARR