1  Jeff Pollack, SBN 72274
   ROBERT A. GOLDSTEIN,
2  A PROFESSIONAL LAW CORPORATION
   1430 Franklin Street, Suite 202
3  Oakland, California 94612
   Tele: (510) 834-6720
4  Fax: (510) 834-5476
   Attorney for plaintiff Chudi C. Iwu

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHUDI C. IWU                              ) Case No. C07-06506 CRB
                                           )
          Plaintiff,                       ) **CERTIFICATION OF SERVICE OF**
                                           ) **SUMMONS, COMPLAINT,**
vs.                                        ) **AND OTHER RELATED DOCUMENTS**
                                           ) **ON DEFENDANT RONALD GRAVES**
GENESIS LENDING GROUP, INC.,               ) **[FRCivP 4(l)]**
PETER A. CAMPELLONE,                       )
RONALD GRAVES, SARAH GRAVES                )
                                           )
          Defendants.                      )
_____)

Pursuant to Federal Rule of Civil Procedure 4(l) plaintiff, by and through his attorney of record, hereby files the attached Proof of Service documents showing that defendant SARAH GRAVES has been served with the Summons, Complaints and other documents that are required to be served in this case.

Dated: April 1, 2008                       ROBERT A. GOLDSTEIN,
                                           A PROFESSIONAL LAW CORPORATION


                                           By: _____/S/_____
                                                Jeff Pollack,
                                                Attorney for plaintiff Chudi C. Iwu

| Attorney or Party without Attorney:<br>ROBERT GOLDSTEIN<br>1430 FRANKLIN ST., 2ND FLOOR<br>Oakland, CA 94612<br>Telephone No: 510-834-6720  FAX No: 510-834-5476<br>JEFF@RGOLDSTEINLAW.COM<br>Attorney for: Plaintiff | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | | Ref. No. or File No.:<br>PLAINTIFF | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of Califronia | | | | | |
| Plaintiff: IWU<br>Defendant: GENESIS LENDING GROUP, INC | | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07-06506-CRB | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the -; Cover Letter To Defendant; Summons In A Civil Case, Complaint For Damages; Demand For Jury Trial; Ecf Registration Information Handout; Notice Of Availability Of Magistrate Judge To Exercisxe Jurisdiction; Order Setting Inital Case Management Conference And Adr Deadlines; Dispute Resolution Procedures Booklet

3. a. Party served:              RONALD GRAVES
   b. Person served:             SARAH GRAVES, WIFE

4. Address where the party was served:    925 BEGONIA
                                          COSTA MESA, CA

5. I served the party:
   b. **by substituted service.** On: Sun., Mar. 09, 2008 at: 9:09AM by leaving the copies with or in the presence of:
      SARAH GRAVES, WIFE
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Sun., Mar. 09, 2008 from: Oakland, CA
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. PREMYSL  LAPCIK                              d. *The Fee for Service was:*    $165.00
   **b. ELAINE J. ERDMAN**                         e. I am: (3) registered California process server
      1714 FRANKLIN STREET, #100-334, Registration # ALAMEDA # 1    (i)  Employee
      Oakland, CA 94612                            (ii) Registration No.:    1
   c. (510) 799-4308, FAX (510) 799-4302           (iii) County:             Alameda

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Tue, Mar. 11, 2008

   Judicial Council Form POS-010                PROOF OF SERVICE              (PREMYSL LAPCIK)
   Rule 2.150.(a)&(b) Rev January 1, 2007                                                               goldstei.30045

| Attorney or Party without Attorney:<br>ROBERT GOLDSTEIN<br>1430 FRANKLIN ST., 2ND FLOOR<br>Oakland, CA  94612 | | For Court Use Only |
|---|---|---|
| Telephone No: 510-834-6720    FAX: No: 510-834-5476 | Ref. No or File No.:<br>PLAINTIFF | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of Califronia | | |
| Plaintiff: IWU<br>Defendant: GENESIS LENDING GROUP, INC | | |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07-06506-CRB |
|---|---|---|---|---|

1. I, ELAINE J. ERDMAN, and any employee or independent contractors retained by ELAINE J. ERDMAN are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant RONALD  GRAVES as follows:

2. Documents:    -; Cover Letter To Defendant; Summons In A Civil Case, Complaint For Damages; Demand For Jury Trial; Ecf Registration Information Handout; Notice Of Availability Of Magistrate Judge To Exercisxe Jurisdiction; Order Setting Inital Case Management Conference And Adr Deadlines; Dispute Resolution Procedures Booklet.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 01/24/08 | 8:28pm | Home | NO ANSWER; Attempt made by: PREMYSL  LAPCIK. Attempt at: 28551 SPRINGFIELD DRIVE   Laguna Niguel CA. 92677. |
| Sat | 01/26/08 | 7:15am | Home | NO ANSWER; Attempt made by: PREMYSL  LAPCIK. Attempt at: 28551 SPRINGFIELD DRIVE   Laguna Niguel CA. 92677. |
| Mon | 01/28/08 | 9:20pm | Home | NO ANSWER; Attempt made by: PREMYSL  LAPCIK. Attempt at: 28551 SPRINGFIELD DRIVE   Laguna Niguel CA. 92677. |
| Thu | 01/31/08 | 6:16pm | Home | NO ANSWER; Attempt made by: PREMYSL  LAPCIK. Attempt at: 28551 SPRINGFIELD DRIVE   Laguna Niguel CA. 92677. |
| Sun | 02/03/08 | 10:09am | Home | NO ANSWER; Attempt made by: PREMYSL  LAPCIK. Attempt at: 28551 SPRINGFIELD DRIVE   Laguna Niguel CA. 92677. |
| Wed | 02/06/08 | 6:28pm | Home | NO ANSWER; Attempt made by: PREMYSL  LAPCIK. Attempt at: 28551 SPRINGFIELD DRIVE   Laguna Niguel CA. 92677. |
| Sat | 02/09/08 | 2:17pm | Home | NO ANSWER; Attempt made by: PREMYSL  LAPCIK. Attempt at: 28551 SPRINGFIELD DRIVE   Laguna Niguel CA. 92677. |
| Fri | 03/07/08 | 2:11pm | Home | NO ANSWER; Attempt made by: PREMYSL  LAPCIK. Attempt at: 925 BEGONIA   COSTA MESA CA.. |

Page Number 1
Date: Tue, Mar. 11, 2008                **AFFIDAVIT OF REASONABLE DILIGENCE**                goldstei.30045

| Attorney or Party without Attorney: ROBERT GOLDSTEIN 1430 FRANKLIN ST., 2ND FLOOR Oakland, CA 94612 | | For Court Use Only |
|---|---|---|
| Telephone No: 510-834-6720   FAX: No: 510-834-5476 | Ref. No or File No.: PLAINTIFF | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Northern District Of Califronia | | |
| Plaintiff: IWU Defendant: GENESIS LENDING GROUP, INC | | |
| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: C07-06506-CRB |

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 03/08/08 | 1:46pm | Home | SERVEE NOT HOME Attempt made by: PREMYSL LAPCIK. Attempt at: 925 BEGONIA COSTA MESA CA.. |
| Sun | 03/09/08 | 9:09am | Home | SERVEE NOT HOME Attempt made by: PREMYSL LAPCIK. Attempt at: 925 BEGONIA COSTA MESA CA.. |
| Sun | 03/09/08 | 9:09am | Home | Substituted Service on: RONALD GRAVES Home - 925 BEGONIA COSTA MESA, CA. by Serving: SARAH GRAVES, WIFE Competent Member of the Household over 18. Served by: PREMYSL LAPCIK |
| Sun | 03/09/08 | | | Mailed copy of Documents to: RONALD GRAVES |

3. *Person Executing*
   a. ELAINE J. ERDMAN
   **b. ELAINE J. ERDMAN**
      1714 FRANKLIN STREET, #100-334, Registration # ALAMEDA # 1
      Oakland, CA 94612
   c. (510) 799-4308, FAX (510) 799-4302

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   *d.. The Fee for service was:* $165.00
   *e. I am:* (3) registered California process server
      *(i)* Employee
      *(ii)* Registration No.:       1
      *(iii)* County:                Alameda
      *(iv)* Expiration Date:        Sat, Feb. 14, 2009

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Page Number 2
   Date: Tue, Mar. 11, 2008          AFFIDAVIT OF REASONABLE DILIGENCE     (ELAINE J ERDMAN)          goldstei.30045

**PROOF OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Oakland, County of Alameda, California; my business address is 1430 Franklin Street, Suite 202, Oakland, California 94612. On the below date I served the attached document(s) entitled:

**CERTIFICATION OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER DOCUMENTS ON DEFENDANT RONALD GRAVES**
**[FRCivP 4(l)]**

as follows:

Genesis Lending Group, Inc.　　　　　　　　Sarah Graves
C/o Peter A. Campellone　　　　　　　　　　925 Begonia Avenue
3151 Airway Ave., Suite F200　　　　　　　　Costa Mesa, California 92626
Costa Mesa, California 94626

Richard Jay Blaskey　　　　　　　　　　　　Ronald Graves
Law Offices of Richard Jay Blaskey　　　　　925 Begonia Avenue
Huntington Beach Plaza　　　　　　　　　　Costa Mesa, California 92626
17011 Beach Boulevard, Suite 900
Huntington Beach, California 92647-5998

XXX **(BY MAIL)**: On the date stated below, I served a copy of the above document on each of the parties noted above by placing copies of the document in sealed envelopes, with postage prepaid, addressed to each of the parties noted above at their respective addresses noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration is executed in Oakland, California on April 1, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　　　　　　JONAS PARR

CERTIFICATION OF SERVICE OF SUMMONS,
COMPLAINT, AND OTHER RELATED DOCUMENTS
ON DEFENDANT RONALD GRAVES　　　2