1  Jeff Pollack, SBN 72274
   ROBERT A. GOLDSTEIN,
2  A PROFESSIONAL LAW CORPORATION
   1430 Franklin Street, Suite 202
3  Oakland, California 94612
   Tele: (510) 834-6720
4  Fax: (510) 834-5476
   Attorney for plaintiff Chudi C. Iwu

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| CHUDI C. IWU, | ) | Case No. C07-06506 CRB |
|---|---|---|
| Plaintiff, | ) | **DECLARATION OF JEFF POLLACK IN SUPPORT OF PLAINTIFF'S REQUEST FOR AN ENTRY OF DEFAULT BY THE CLERK AGAINST DEFENDANTS (1) GENESIS LENDING GROUP, INC., (2) SARAH GRAVES, AND (3) RONALD GRAVES** |
| vs. | ) | |
| GENESIS LENDING GROUP, INC., PETER A. CAMPELLONE, RONALD GRAVES, SARAH GRAVES | ) | |
| Defendants. | ) | **[FRCivP 55(a)]** |

I, Jeff Pollack, declare:

1. I am an associate attorney in the law firm of Robert A. Goldstein, A Professional Law Corporation, which is the attorney of record for the plaintiff CHUDI C. IWU in this case. Unless otherwise indicated, I make this declaration based on my personal knowledge, and if called as a witness I could and would testify to the truth of the facts stated below.

2. On December 28, 2007 plaintiff filed a Complaint in this case and the Court issued a Summons In A Civil Case (hereafter "the Summons") based on the Complaint. A copy of the Summons is attached hereto, marked Exhibit "A," and incorporated herein. Before serving the Summons on each of the defendants in this case, I inserted the number "20" in the space between the words "within" and "days" on the Summons form. Thus, the Summons form that each defendant in this case received stated that they had 20 days after service of the Summons form

**DECLARATION OF JEFF POLLACK IN SUPPORT OF PLAINTIFF'S REQUEST FOR AN ENTRY OF DEFAULT BY THE CLERK AGAINST DEFENDANTS (1) GENESIS LENDING GROUP, INC., (2) SARAH GRAVES (3) RONALD GRAVES**

1  on them to serve me with an answer to the complaint. As of this date defendants Genesis Lending
2  Group, Inc., Sarah Graves and Ronald Graves have not served me with an answer or any other
3  responsive pleading to the Complaint. I have stipulated with defendant Peter A. Campellone that
4  he may file his responsive pleading(s) to the Complaint no later than April 2, 2008. The facts
5  regarding serving the Summons, Complaint and other required documents on each defendant are
6  set forth below.

7      3. <u>Defendant Peter A. Campellone</u>: On January 8, 2008 defendant Peter A. Campellone
8  was personally served with the Summons, Complaint and other required documents at his office
9  located at 3151 Airway Avenue, Suite F200, Costa Mesa, California 94620.

10      4. <u>Defendant Genesis Lending Group, Inc</u>.: On January 31, 2008, defendant Genesis
11  Lending Group, Inc. ("Genesis") was served by substituted service pursuant to Federal Rule of
12  Civil Procedure 4(h)(1) and California Code of Civil Procedure Sections 415.20(a) and 416.10(b)
13  and by leaving a copy of the Summons, Complaint, and other documents required to be served
14  in this case with Judy Rockmore, the office manager in the office where defendant Genesis has
15  its office, and mailing a copy of the Summons, Complaint and other documents required to be
16  served in this case to Genesis. Based on records of the California Department of Real Estate
17  pertaining to Genesis, defendant Peter A. Campellone is the designated officer of Genesis who
18  holds the real estate broker's license under which Genesis does business.

19      5. On February 1, 2008, I received a telephone call from attorney Richard Jay Blaskey
20  who advised me that he represented defendant Peter A. Campellone. Mr. Blaskey told me that Mr.
21  Campellone, in addition to receiving a Summons and Complaint in this case addressed to Mr.
22  Campellone individually, also received the Summons and Complaint addressed to Genesis. Mr.
23  Blaskey told me that Mr. Campellone did not believe he was responsible for Genesis and that my
24  service of the Summons and Complaint on Genesis by serving Mr. Campellone was not effective
25  service. I explained to Mr. Blaskey that I was serving Mr. Campellone with the Summons and
26  Complaint on behalf of Genesis because I could not locate defendant Ronald Graves who,

28  DECLARATION OF JEFF POLLACK IN SUPPORT
OF PLAINTIFF'S REQUEST FOR AN ENTRY OF
DEFAULT BY THE CLERK AGAINST DEFENDANTS
(1) GENESIS LENDING GROUP, INC., (2) SARAH GRAVES
(3) RONALD GRAVES     2

1  according to the records of the California Secretary of State, was the agent for service of process
2  for Genesis and that since Mr. Campellone was the real estate broker designated by the
3  Department of Real Estate to hold the real estate broker's license under which Genesis operated,
4  he was a "managing agent" of Genesis within the meaning of Federal Rule of Civil Procedure
5  4(h) and could be properly served with the Summons and Complaint on behalf of Genesis. See
6  Certificate of Service and documents attached thereto for additional information concerning
7  service of the Summons, Complaint, and other required documents on Genesis.

8        6. <u>Defendants Sarah Graves and Ronald Graves</u>: Initially, I had a difficult time locating
9  serving defendants Ronald and Sarah Graves with a Summons and Complaint because they
10 moved from their previous known address. In early March 2008, however, through additional
11 investigation, I finally located their address at 925 Begonia Avenue, Costa Mesa, California
12 92626. Ms. Sarah Graves was personally served with the Summons, Complaint and other required
13 documents on March 8, 2008, and Mr. Ronald Graves was served with the Summons, Complaint
14 and other required documents on March 9, 2008 by substituted service pursuant to Federal Rule
15 of Civil Procedure 4((e)(2) by leaving copies of the Summons, Complaint and other required
16 documents with Mr. Graves' wife, Sarah Graves. See Certificate of Service on defendants Sarah
17 Graves and Ronald Graves filed concurrently with this declaration.

18       7. Since the time for defendants Genesis, Sarah Graves and Ronald Graves to file
19 responsive pleadings to plaintiff's Summons and Complaint has now expired, on behalf of
20 plaintiff I hereby request that the Clerk of the Court enter the defaults of Genesis, Sarah Graves,
21 and Ronald Graves.

22       I declare under penalty of perjury that the foregoing is true and correct and that this
23 declaration was executed on April 1, 2008 at Oakland, California.

24                                               \S
                                       JEFF POLLACK
25
26
27
28 DECLARATION OF JEFF POLLACK IN SUPPORT
OF PLAINTIFF'S REQUEST FOR AN ENTRY OF
DEFAULT BY THE CLERK AGAINST DEFENDANTS
(1) GENESIS LENDING GROUP, INC., (2) SARAH GRAVES
(3) RONALD GRAVES         3

1
2
3
4
5
6
7
8
9
10
11
12
13
14

# EXHIBIT "A"

16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF JEFF POLLACK IN SUPPORT
OF PLAINTIFF'S REQUEST FOR AN ENTRY OF
DEFAULT BY THE CLERK AGAINST DEFENDANTS
(1) GENESIS LENDING GROUP, INC., (2) SARAH GRAVES
(3) RONALD GRAVES**

4

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

Chudi C. Iwu

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Genesis Lending Group, Inc., Peter A.
Campellone, Ronald Graves and Sarah Graves

E-filing

C07-06506 CRB

TO: (Name and address of defendant)

Genesis Lending Group, Inc.
3151 Airway Avenue, Suite F200
Costa Mesa, California 92626

Ronald Graves
28551 Springfield Drive
Laguna Niguel, CA 92677

Sarah Graves
28551 Springfield Drive
Laguna Niguel, CA 92677

Peter A. Campellone
3151 Airway Avenue, Suite F200
Costa Mesa, California 92626

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeff Pollack, Esq.
Robert A. Goldstein,
A Professional Law Corporation
1430 Franklin Street, Suite 202
Oakland, California 94612
Tele: (510) 834-6720

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

JESSIE MOSLEY
(BY) DEPUTY CLERK

DEC 2 8 2007

DATE_____

# PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Oakland, County of Alameda, California; my business address is 1430 Franklin Street, Suite 202, Oakland, California 94612. On the below date I served the attached document(s) entitled:

**DECLARATION OF JEFF POLLACK IN SUPPORT OF PLAINTIFF'S REQUEST FOR AN ENTRY OF DEFAULT BY THE CLERK AGAINST DEFENDANTS (1) GENESIS LENDING GROUP, INC., (2) SARAH GRAVES (3) RONALD GRAVES**

as follows:

| | |
|---|---|
| Genesis Lending Group, Inc.<br>C/o Peter A. Campellone<br>3151 Airway Ave., Suite F200<br>Costa Mesa, California 94626 | Sarah Graves<br>925 Begonia Avenue<br>Costa Mesa, California 92626 |
| Richard Jay Blaskey<br>Law Offices of Richard Jay Blaskey<br>Huntington Beach Plaza<br>17011 Beach Boulevard, Suite 900<br>Huntington Beach, California 92647-5998 | Ronald Graves<br>925 Begonia Avenue<br>Costa Mesa, California 92626 |

XXX **(BY MAIL)**: On the date stated below, I served a copy of the above document on each of the parties noted above by placing copies of the document in sealed envelopes, with postage prepaid, addressed to each of the parties noted above at their respective addresses noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration is executed in Oakland, California on April 1, 2008.

/S/
JONAS PARR

**DECLARATION OF JEFF POLLACK IN SUPPORT OF PLAINTIFF'S REQUEST FOR AN ENTRY OF DEFAULT BY THE CLERK AGAINST DEFENDANTS (1) GENESIS LENDING GROUP, INC., (2) SARAH GRAVES (3) RONALD GRAVES**

5