1  Jeff Pollack, SBN 72274
   ROBERT A. GOLDSTEIN,
2  A PROFESSIONAL LAW CORPORATION
   1430 Franklin Street, Suite 202
3  Oakland, California 94612
   Tele: (510) 834-6720
4  Fax: (510) 834-5476
   Attorney for plaintiff Chudi C. Iwu

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUDI C. IWU ) | Case No. C07-06506 CRB |
| ) | |
| Plaintiff, ) | **[PROPOSED]** |
| ) | **DEFAULT BY CLERK AGAINST** |
| vs. ) | **DEFENDANT SARAH GRAVES** |
| ) | **[F.R.C.P. 55(a)]** |
| GENESIS LENDING GROUP, INC., ) | |
| PETER A. CAMPELLONE, ) | |
| RONALD GRAVES, SARAH GRAVES ) | |
| ) | |
| Defendants. ) | |

It appearing from the records in the above-entitled action that the Complaint, Summons, and other required documents have been served upon the defendant SARAH GRAVES, and it further appearing from the declaration of Jeff Pollack, counsel for plaintiff, and other evidence as required by F.R.C.P. 55(a) that said defendant has failed to plead or otherwise defend in said action as directed in said Summons, and as provided in the Federal Rules of Civil Procedure,

NOW, therefore, on request of plaintiff's counsel, the DEFAULT of defendant SARAH GRAVES is hereby entered.

Dated: April __, 2008

By:_____
DEPUTY CLERK

**DEFAULT BY CLERK AGAINST
DEFENDANT SARAH GRAVES.**