Jeff Pollack, SBN 72274
ROBERT A. GOLDSTEIN,
A PROFESSIONAL LAW CORPORATION
1430 Franklin Street, Suite 202
Oakland, California 94612
Tele: (510) 834-6720
Fax: (510) 834-5476
Attorney for plaintiff Chudi C. Iwu

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUDI C. IWU<br><br>    Plaintiff,<br><br>vs.<br><br>GENESIS LENDING GROUP, INC.,<br>PETER A. CAMPELLONE,<br>RONALD GRAVES, SARAH GRAVES<br><br>    Defendants. | Case No. C07-06506 CRB<br><br>**[PROPOSED]**<br>**DEFAULT BY CLERK AGAINST**<br>**DEFENDANT RONALD GRAVES**<br>**[F.R.C.P. 55(a)]** |

It appearing from the records in the above-entitled action that the Complaint, Summons, and other required documents have been served upon the defendant RONALD GRAVES, and it further appearing from the declaration of Jeff Pollack, counsel for plaintiff, and other evidence as required by F.R.C.P. 55(a) that said defendant has failed to plead or otherwise defend in said action as directed in said Summons, and as provided in the Federal Rules of Civil Procedure,

NOW, therefore, on request of plaintiff's counsel, the DEFAULT of defendant RONALD GRAVES is hereby entered.

Dated: April __, 2008

By:_____
DEPUTY CLERK

**DEFAULT BY CLERK AGAINST**
**DEFENDANT RONALD GRAVES.**