FILED

**ANSWER FORM** MAR 31  PM 4:53

*Please note:*
*We do not have $ to hire an atty for our defense or to pay to file this answer. Please assist us in any Manner poss.*
*Thank you,*
*Sarah Graves*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CASE NO. C07-06506

CPB

**CHUDI C. IWU**
*Plaintiff*

vs.

**Genesis Lending Group, Inc., Ron & Sarah Graves**
*Defendants*

Defendant's Address: 925 Begonia Ave., Costa Mesa, CA 92626

**III. Parties**

3. Defendant agrees
4. Defendant agrees
5. Defendant denies statement ... Ronald Graves President & CFO, Peter Campellone was corporate officer and licensed broker only.
6. Defendant denies statement ... Sarah Graves CEO. Defendant denies statements of all defendants co-conspiring to said 'illegal conduct.'
7. Defendant denies statement ... Peter Campellone was \*not\* sole shareholder and President.  He did not own any shares and was not the President.  Defendant agrees Peter Campellone was licensed broker of record and corporate officer of Genesis Lending Group, Inc. Defendant denies statement of Campellone 'conspiring and agreeing' to engage in 'all illegal conduct.'
8. Defendant does not have enough information to admit or deny statement.
9. Defendant does not have enough information to admit or deny statement.

**IV. Facts**

10. Defendant does not have enough information to admit or deny statement.
11. A. Defendant agrees with statement.
11. B. Defendant agrees with statement.
11. C. Defendant agrees with statement.
11. A. above #2. Defendant agrees in part with statement.  Agreement was to not charge any origination fee on second loan.
11. D. Defendant agrees with statement.

12. A. Defendant denies statement … Plaintiff knows there were many loan submissions to try and approve his 2nd loan; but due to the rapid decline of home values at that time, it made it impossible.  There was no way to predict this outcome.  We have dozens of examples of customers we successfully delivered the outcome we had hoped to deliver the Plaintiff. The Plaintiff was aware of the challenges we were facing as an industry. The stock market crash of Feb '07 was unforeseen.

12. B. Defendant does not have enough information to admit or deny statement.

12. C. Defendant denies statement … was standard practice to refund appraisal fee if we couldn't get a customer's loan approved.

13. Defendant denies statement.

14. Defendant agrees with statement.  Genesis Lending Group, Inc. was a mortgage loan broker.  This is standard business practice.

15. Defendant does not have enough information to admit or deny statement.

16. Defendant does not have enough information to admit or deny statement.

17. Defendant does not have enough information to admit or deny statement.

18. Defendant does not have enough information to admit or deny statement.

19. Defendant does not have enough information to admit or deny statement.

20. A. Defendant does not have enough information to admit or deny statement.

20. B. Defendant does not have enough information to admit or deny statement.

21. Defendant denies statement.   Plantiff was aware, and several emails document the interaction w/ loan processors to verify the diligence on the part of Genesis Lending Group, Inc. to secure a loan approval.  Plantiffs property value declined so rapidly in a 90 day period that out of the many lenders the Plaintiff's loan was submitted to, all denied the application. Plantiff was aware of circumstances.

22. Defendant denies statement.

23. Defendant denies statement.

24.  Defendant does not have enough information to admit or deny statement.

25. Defendant does not have enough information to admit or deny statement.

26. Defendant does not have enough information to admit or deny statement.

27. Defendant does not have enough information to admit or deny statement.

28. not listed …

29. Defendant does not have enough information to admit or deny statement.

## V. First Claim for Relief

30. Defendant does not have enough information to admit or deny statement
31. Defendant does not have enough information to admit or deny statement.
32. Defendant does not have enough information to admit or deny statement.
33. Defendant does not have enough information to admit or deny statement.
34. Defendant does not have enough information to admit or deny statement.
35. A. Defendant does not have enough information to admit or deny statement.
35. B. Defendant does not have enough information to admit or deny statement.
35. C. Defendant does not have enough information to admit or deny statement.
35. D. Defendant does not have enough information to admit or deny statement.
36. Defendant does not have enough information to admit or deny statement.
37. Defendant does not have enough information to admit or deny statement.

## VI. Second Claim For Relief

38. Defendant does not have enough information to admit or deny statement.
39. Defendant does not have enough information to admit or deny statement.
40. Defendant does not have enough information to admit or deny statement.
41. Defendant does not have enough information to admit or deny statement.
42. Defendant does not have enough information to admit or deny statement.
43. A. Defendant does not have enough information to admit or deny statement.
43. B. Defendant does not have enough information to admit or deny statement.
43. C. Defendant does not have enough information to admit or deny statement.

43. D. Defendant does not have enough information to admit or deny statement.

44. Defendant does not have enough information to admit or deny statement.

45. Defendant does not have enough information to admit or deny statement.

## VI. Third Claim for Relief

46. Defendant does not have enough information to admit or deny statement.

47. Defendant does not have enough information to admit or deny statement.

48. Defendant does not have enough information to admit or deny statement.

## VII. Fourth Claim for Relief

49. Defendant does not have enough information to admit or deny statement.

50. Defendant does not have enough information to admit or deny statement.

51. Defendant does not have enough information to admit or deny statement.

## VII. Fifth Claim for Relief

52. Defendant does not have enough information to admit or deny statement.

53. Defendant does not have enough information to admit or deny statement.

54. Defendant does not have enough information to admit or deny statement.

## VIII. Sixth Claim for Relief

55. Defendant does not have enough information to admit or deny statement.

56. Defendant does not have enough information to admit or deny statement.

57. Defendant does not have enough information to admit or deny statement.

## IX. Seventh Claim for Relief

58. Defendant does not have enough information to admit or deny statement.
59. Defendant does not have enough information to admit or deny statement.
60. Defendant does not have enough information to admit or deny statement.
61. Defendant does not have enough information to admit or deny statement.
62. Defendant does not have enough information to admit or deny statement.
63. Defendant does not have enough information to admit or deny statement.
61. again. Defendant does not have enough information to admit or deny statement.

## XI. Ninth Claim for relief

62. Defendant does not have enough information to admit or deny statement.
63. Defendant does not have enough information to admit or deny statement.
64. Defendant does not have enough information to admit or deny statement.
65. Defendant does not have enough information to admit or deny statement.

## XII. Tenth Claim for Relief

69. Defendant does not have enough information to admit or deny statement.
70. a, b, c, d, e; Defendant does not have enough information to admit or deny statement.
71. Defendant does not have enough information to admit or deny statement.
72. a, b, c; Defendant does not have enough information to admit or deny statement.
73. I, ii; Defendant does not have enough information to admit or deny statement.

## XIII. Eleventh Claim for Relief

74. Defendant does not have enough information to admit or deny statement.
75. Defendant does not have enough information to admit or deny statement.

**76. Defendant does not have enough information to admit or deny statement.**
**77. Defendant does not have enough information to admit or deny statement.**
**78. Defendant does not have enough information to admit or deny statement.**
**79. Defendant does not have enough information to admit or deny statement.**

**Dated: 3/28/08**

**Ronald L. Graves**
**Defendant**

**Sarah E. Graves**
**Defendant**