UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Chudi C. Iwu

              Plaintiff(s),

v.

GENESIS LENDING GROUP, INC.,
et al.
              Defendant(s).

Case No. C07-06506 CRB

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 03/27/2008

                                     PETER A. CAMPELLONE
                                     [Party]

Dated: 03/27/2008

                                     RICHARD JAY BLASKEY
                                     [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."