1  LAW OFFICES RICHARD JAY BLASKEY
   RICHARD JAY BLASKEY, ESQ. - BAR NO. 89223
2  rjblaw@1stcounsel.com
   Plaza Huntington Beach
3  17011 Beach Boulevard, Suite 900
   Huntington Beach, CA        92647-5998
4  Telephone: (714) 375-6604
   Facsimile  : (714) 375-6632
5
   Attorneys for Defendant,
6  PETER A. CAMPELLONE

7               UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                   SAN FRANCISCO DIVISION

| | |
|---|---|
| CHUDI C. IWU, | NO.: C07-06506-CRB |
| Plaintiffs, | STIPULATION TO AND PROPOSED ORDER |
| v. | FOR EXTENSION OF TIME TO FILE ANSWER, |
| GENESIS LENDING GROUP, INC., PETER A. CAMPELLONE, RONALD GRAVES, SARAH GRAVES, | COUNTERCLAIM AND CROSS-CLAIM. |
| Defendants. | |

Subject to approval by the Court, Plaintiff and Defendant, Peter A. Campellone, through their respective counsel, hereby stipulate to an extension of the time within which the Defendant must file an answer, counterclaim and cross-claim to Plaintiff's Complaint, from March 28, 2008, to and including April 02, 2008, or to such other date that the Court may order. Defendant has obtained three extensions of time by informal stipulations with Plaintiff's counsel.  Plaintiff effected service of the complaint to Defendant on January 16, 2008.

-1–
STIPULATION TO AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE ANSWER,
COUNTERCLAIM AND CROSS-CLAIM TO COMPLAINT

1  Good cause exists for granting this extension, as follows:

2  Counsel have been engaged in good faith settlement and ADR discussions.
3  Defendant's counsel believed that he had been admitted to the Court several years ago.  On
4  February 21, 2008, it was first confirmed that he had not. Defense counsel was duly admitted
5  on March 4, 2008. On the very same day, Defendant, Peter A. Campellone, had major
6  abdominal surgery. Defendant has been and is still recuperating from the physiological affects
7  of the anesthesia, the surgery, and the heavy pain mediations. Defendant has been and will
8  be unavailable for defense counsel. Defense counsel will not be in a position to properly
9  prepare, have him review, and electronically file his answer, counterclaim or cross-claims until
10 April 01, 2008.

11 Dated: March 28, 2008    LAW OFFICES RICHARD JAY BLASKEY

12                          /S/ RICHARD JAY BLASKEY

13                          _____
                            RICHARD JAY BLASKEY, ESQ. - BAR NO. 89223
14                          rjblaw@1stcounsel.com
                            17011 Beach Boulevard, Suite 900
15                          Huntington Beach, CA        92647-5998
                            Telephone: (714) 375-6604 Facsimile  : (714) 375-6632
16                          Attorneys for Defendant,  PETER A. CAMPELLONE

17 Dated: March 28, 2008    LAW OFFICES OF ROBERT A. GOLDSTEIN

18                          /S/ JEFF POLLACK

19                          _____
                            BY: JEFF POLLACK, ESQ. - BAR NO.
                            jeff@rgoldsteinlaw.com
20                          1430 Franklin Street, 2nd Floor
                            Oakland, CA 94812
21                          Telephone: (510) 834-6720
                            Facsimile  : (510) 834-5476
22                          Attorneys for Plaintiff, CHUDI C. IWU

23
   IT IS SO ORDERED.
24
      Dated: _____.
25
                            _____
26                          HON. CHARLES R. BREYER.
                            UNITED STATES DISTRICT COURT JUDGE
27

28

-2–
STIPULATION TO AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE ANSWER,
COUNTERCLAIM AND CROSS-CLAIM TO COMPLAINT