**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **April 4, 2008**

**C-07-06506** CRB

**CHUDI C. IWU** v. **GENESIS LENDING GROUP, INC., ET AL**

Attorneys:    Jeff Pollack                              Richard Blaskey

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

**PROCEEDINGS:**                                                                           **RULING:**

1. Initial Case Management Conference  -  Held

2. 

3. 

**ORDERED AFTER HEARING:**

One day of depositions to be taken by each party.  Matter referred to court mediation

( ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge For: 

(X) CASE CONTINUED TO  August 08, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____       Expert Discovery Cut-Off _____

Plntf to Name Experts by _____     Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for ____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: