1  LAW OFFICES RICHARD JAY BLASKEY
   RICHARD JAY BLASKEY, ESQ. - BAR NO. 89223
2  rjblaw@1stcounsel.com
   Plaza Huntington Beach
3  17011 Beach Boulevard, Suite 900
   Huntington Beach, CA        92647-5998
4  Telephone: (714) 375-6604
   Facsimile  : (714) 375-6632
5
   Attorneys for Defendant,
6  PETER A. CAMPELLONE

7                UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                     SAN FRANCISCO DIVISION

10 CHUDI C. IWU,                    | NO.: C07-06506-CRB
                                    |
11     Plaintiffs,                   | STIPULATION TO AND PROPOSED ORDER
                                    |
12 v.                               | FOR EXTENSION OF TIME TO FILE ANSWER,
                                    |
13 GENESIS LENDING GROUP, INC.,     | COUNTERCLAIM AND CROSS-CLAIM.
   PETER A. CAMPELLONE,             |
14 RONALD GRAVES, SARAH GRAVES,     |
                                    |
15     Defendants.                   |

22      Subject to approval by the Court, Plaintiff and Defendant, Peter A. Campellone,

23 through their respective counsel, hereby stipulate to an extension of the time within which the

24 Defendant must file an answer, counterclaim and cross-claim to Plaintiff's Complaint, from

25 March 28, 2008, to and including April 02, 2008, or to such other date that the Court may

26 order. Defendant has obtained three extensions of time by informal stipulations with Plaintiff's

27 counsel.  Plaintiff effected service of the complaint to Defendant on January 16, 2008.

28

-1–
STIPULATION TO AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE ANSWER,
COUNTERCLAIM AND CROSS-CLAIM TO COMPLAINT

1  Good cause exists for granting this extension, as follows:

2  Counsel have been engaged in good faith settlement and ADR discussions.

3  Defendant's counsel believed that he had been admitted to the Court several years ago. On

4  February 21, 2008, it was first confirmed that he had not. Defense counsel was duly admitted

5  on March 4, 2008. On the very same day, Defendant, Peter A. Campellone, had major

6  abdominal surgery. Defendant has been and is still recuperating from the physiological affects

7  of the anesthesia, the surgery, and the heavy pain mediations. Defendant has been and will

8  be unavailable for defense counsel. Defense counsel will not be in a position to properly

9  prepare, have him review, and electronically file his answer, counterclaim or cross-claims until

10  April 01, 2008.

11  Dated: March 28, 2008        LAW OFFICES RICHARD JAY BLASKEY

12                                /S/ RICHARD JAY BLASKEY

13                                _____
                                  RICHARD JAY BLASKEY, ESQ. - BAR NO. 89223
14                                rjblaw@1stcounsel.com
                                  17011 Beach Boulevard, Suite 900
15                                Huntington Beach, CA          92647-5998
                                  Telephone: (714) 375-6604 Facsimile : (714) 375-6632
16                                Attorneys for Defendant, PETER A. CAMPELLONE

17  Dated: March 28, 2008        LAW OFFICES OF ROBERT A. GOLDSTEIN

18                                /S/ JEFF POLLACK

19                                _____
                                  BY: JEFF POLLACK, ESQ. - BAR NO.
                                  jeff@rgoldsteinlaw.com
20                                1430 Franklin Street, 2nd Floor
                                  Oakland, CA 94812
21                                Telephone: (510) 834-6720
                                  Facsimile : (510) 834-5476
22                                Attorneys for Plaintiff, CHUDI C. IWU

23

    IT IS SO ORDERED.
24
    Dated: __April 3, 2008_____.
25
                                  _____
26                                HON. CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE
27

28

STIPULATION TO AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE ANSWER,
COUNTERCLAIM AND CROSS-CLAIM TO COMPLAINT

*IT IS SO ORDERED — Judge Charles R. Breyer* (stamp)