ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

April 7, 2008

Jeff Howard Pollack
Robert A. Goldstein
Robert A. Goldstein,
A Professional Law Corporation
1430 Franklin Street
Suite 202
Oakland, CA 94612
510-834-6720

Sarah Graves
925 Begonia Ave.
Costa Mesa, CA 92626
PRO SE

Tel: UNKNOWN

Richard Jay Blaskey
17011 Beach Boulevard
Suite 900
Huntington Beach, CA 926475998
714-375-6604

Ronald Graves
925 Begonia Ave.
Costa Mesa, CA 92626
PRO SE

Tel: UNKNOWN

Re:   Iwu v. Genesis Lending Group, Inc.
      Case No. C 07-06506 CRB MED

Dear Parties and Counsel:

We have received notification from Charles R. Breyer that the referenced case was referred to Mediation on 4/3/2008. The ADR Program would like to convene a conference call with all participants to discuss the nature of the case and how Mediation can assist you. We scheduled this call for **Tuesday, April 15, 2008 at 1:00 p.m. Pacific time**. This office will initiate the call. Please contact me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator