ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

April 11, 2008

Jeff Howard Pollack
Robert A. Goldstein
Robert A. Goldstein,
A Professional Law Corporation
1430 Franklin Street
Suite 202
Oakland, CA 94612
510-834-6720

Sarah Graves
925 Begonia Ave.
Costa Mesa, CA 92626
PRO SE
Tel: 949-370-5082

Richard Jay Blaskey
17011 Beach Boulevard
Suite 900
Huntington Beach, CA 926475998
714-375-6604

Ronald Graves
925 Begonia Ave.
Costa Mesa, CA 92626
PRO SE
Tel: 949-370-1559

Re:   Iwu v. Genesis Lending Group, Inc.
      Case No. C 07-06506 CRB MED

Dear Parties and Counsel:

This will confirm that the ADR Phone Conference previously set on April 15, 2008, **has been rescheduled to Wednesday, April 16, 2008 at 1:00 p.m.** The ADR Program will contact the parties at the numbers listed above unless directed otherwise.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator