# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Iwu, | 07-06506 CRB MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Genesis Lending Group, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Michael Timpane**
> Timpane ADR Services
> 1901 Harrison St., Suite 1150
> Oakland, CA 94612
> 510-625-8885

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1    Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

3

4 Dated: April 22, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-06506 CRB MED                              - 2 -