```
Jeff Pollack, SBN 72274
ROBERT A. GOLDSTEIN,
A PROFESSIONAL LAW CORPORATION
1430 Franklin Street, Suite 202
Oakland, California 94612
Tele: (510) 834-6720
Fax: (510) 834-5476
Attorney for plaintiff Chudi C. Iwu
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUDI C. IWU<br><br>Plaintiff,<br><br>vs.<br><br>GENESIS LENDING GROUP, INC.,<br>PETER A. CAMPELLONE,<br>RONALD GRAVES, SARAH GRAVES<br><br>Defendants. | Case No. C07-06506 CRB<br><br>**PARTIES' STIPULATION TO MEDIATE AFTER 90-DAY DEADLINE AND FOR DEFENDANTS RONALD GRAVES AND SARAH GRAVES TO PARTICIPATE IN MEDIATION BY TELEPHONE RATHER THAN IN PERSON**<br>[ADR Local Rules 6-5 & 6-9(d)] |

Pursuant to ADR Local Rules 6-5 and 6-9(d), and subject to the Court's approval, the parties hereby stipulate to hold their mediation on July 21, 2008, which date is beyond the 90-day deadline to mediate provided by ADR Local Rule 6-4(d), and to allow defendants Ronald Graves and Sarah Graves to participate in the mediation by telephone rather than by personal appearance.

**I.     Background Facts**

The parties make this stipulation with reference to the following facts:

1. Plaintiff Chudi C. Iwu commenced this action on December 28, 2007 by filing his Complaint in this action.

2. All defendants in this action have been duly served with Summons, Complaint and other required documents.

3. On April 4, 2008 a Case Management Conference was held before Judge Charles R. Breyer. Plaintiff Chudi C. Iwu appeared by and through his attorney Jeff Pollack. Defendant Peter A. Campellone appreared by and through his attorney Richard J. Blaskey. Defendants Ronald

STIPULATION OF PARTIES RE MEDIATION

Graves and Sarah Graves, who are husband and wife, reside in Southern California, and who are representing themselves in this action in propria persona, did not appear at the Case Management Conference. At the Case Management Conference Judge Breyer, among other things, (a) ordered that the parties would each have the right to conduct one day of depositions to obtain information relevant to whether it is practically and legally appropriate to proceed with this case and to conduct a productive mediation to resolve the case, and (b) set another Case Management Conference in the case would be held on August 8, 2008 at 8:30 a.m. (See Docket No. 18)

4. Also on April 4, 2008 the Court entered an order referring this case to mediation based on the stipulation of counsel for plaintiff Chudi C. Iwu and defendant Richard J. Blaskey. (See Docket No. 19). Defendants Ronald Graves and Sarah Graves have not previously signed and filed a stipulation for mediation of this lawsuit, but they do agree to mediation.

5. On April 16, 2008 all parties had a telephone conference call with Mr. Howard Herman, the Court's ADR Director, to discuss mediating this case. At that time Ronald Graves informed Mr. Herman and the parties that he and Sarah Graves would be moving their home in the next two weeks from Southern California to Illinois and would need to participate in the mediation by telephone. At the conclusion of the telephone conference call, Mr. Herman stated that he would select a mediator and the parties would be notified of the selection.

6. Mr. Michael Timpane has been selected as the mediator in this case. Both plaintiff Chudi Iwu and defendant Peter A. Campellone, through their respective counsel, have requested of Mr. Timpane that the mediation be held in the latter part of July 2008 in order to allow the parties sufficient time to conclude their discovery leading up to the mediation. Mr. Timpane has advised the parties that he is available to conduct the mediation on July 21, 2008 and would tentatively schedule the mediation on that date subject to the parties requesting and the Court approving an extension of the 90-day deadline to mediate set forth in ADR Rule 6-4(b) which deadline would expire on about July 2, 2008.

7. Counsel for plaintiff Iwu and defendant Campellone both believe they will each need until mid-July 2008 to complete the discovery and investigation necessary to conduct a meaningful mediation. Defendants Ronald Graves and Sarah Graves also agree to have the

STIPULATION OF PARTIES RE MEDIATION              2

1  mediation on July 21, 2008.

2      8. Because defendants Ronald Graves and Sarah Graves will soon be residing in Illinois, and because they cannot afford the cost of traveling from Illinois to San Francisco to participate in the mediation of this case, they are requesting to be excused from personally attending the mediation and instead to be allowed to participate in the mediation by telephone. The mediator, Mr. Timpane, has advised counsel for plaintiff Iwu and defendant Campellone that he is agreeable to Mr. and Mrs. Graves participating in the mediation by telephone. Plaintiff Iwu and defendant Campellone are also agreeable to Mr. and Mrs. Graves participating in the mediation by telephone.

## II.   STIPULATION

Now, therefore, subject to the approval of the Court, the parties hereby stipulate to mediate this case on July 21, 2008 and to allow Ronald Graves and Sarah Graves to participate in the mediation by telephone, and jointly request that the Court make an order extending the deadline to mediate to allow the mediation to occur on July 21, 2008 and allowing Mr. and Mrs. Graves to participate in the mediation by telephone..

Dated: May __, 2008

ROBERT A. GOLDSTEIN,
A PROFESSIONAL LAW CORPORATION

By: _____
Jeff Pollack, Attorney for plaintiff
Chudi C. Iwu

Dated: May __, 2008

LAW OFFICES OF RICHARD JAY BLASKEY

By: _____
Richard Jay Blaskey, Attorney for
defendant Peter A. Campellone

Dated: May __, 2008

_____
Ronald Graves, defendant In
Propria Persona

Dated: May __, 2008

_____
Sarah Graves, defendant In
Propria Persona

STIPULATION OF PARTIES RE MEDIATION    3

mediation on July 21, 2008.

8. Because defendants Ronald Graves and Sarah Graves will soon be residing in Illinois, and because they cannot afford the cost of traveling from Illinois to San Francisco to participate in the mediation of this case, they are requesting to be excused from personally attending the mediation and instead to be allowed to participate in the mediation by telephone. The mediator, Mr. Timpane, has advised counsel for plaintiff Iwu and defendant Campellone that he is agreeable to Mr. and Mrs. Graves participating in the mediation by telephone. Plaintiff Iwu and defendant Campellone are also agreeable to Mr. and Mrs. Graves participating in the mediation by telephone.

## II.  STIPULATION

Now, therefore, subject to the approval of the Court, the parties hereby stipulate to mediate this case on July 21, 2008 and to allow Ronald Graves and Sarah Graves to participate in the mediation by telephone, and jointly request that the Court make an order extending the deadline to mediate to allow the mediation to occur on July 21, 2008 and allowing Mr. and Mrs. Graves to participate in the mediation by telephone..

Dated: May 2, 2008

ROBERT A. GOLDSTEIN,
A PROFESSIONAL LAW CORPORATION

By: _____
Jeff Pollack, Attorney for plaintiff
Chudi C. Iwu

Dated: May 5, 2008

LAW OFFICES OF RICHARD JAY BLASKEY

By: _____
Richard Jay Blaskey, Attorney for
defendant Peter A. Campellone

Dated: May ___, 2008

_____
Ronald Graves, defendant In
Propria Persona

Dated: May ___, 2008

_____
Sarah Graves, defendant In
Propria Persona

STIPULATION OF PARTIES RE MEDIATION        3

May 12 08 03:46p    Services Etc         6304060120        p.1
May 02 08 11:44a    robert goldstein                       p.4
Case 3:07-cv-06506-CRB    Document 24    Filed 06/30/2008    Page 5 of 5

1  mediation on July 21, 2008.

2      8. Because defendants Ronald Graves and Sarah Graves will soon be residing in Illinois,
3  and because they cannot afford the cost of traveling from Illinois to San Francisco to participate
4  in the mediation of this case, they are requesting to be excused from personally attending the
5  mediation and instead to be allowed to participate in the mediation by telephone. The mediator,
6  Mr. Timpane, has advised counsel for plaintiff Iwu and defendant Campellone that he is agreeable
7  to Mr. and Mrs. Graves participating in the mediation by telephone. Plaintiff Iwu and defendant
8  Campellone are also agreeable to Mr. and Mrs. Graves participating in the mediation by
9  telephone.

10  **II.    STIPULATION**

11      Now, therefore, subject to the approval of the Court, the parties hereby stipulate to mediate
12  this case on July 21, 2008 and to allow Ronald Graves and Sarah Graves to participate in the
13  mediation by telephone, and jointly request that the Court make an order extending the deadline
14  to mediate to allow the mediation to occur on July 21, 2008 and allowing Mr. and Mrs. Graves
15  to participate in the mediation by telephone..

16  Dated: May 2, 2008

17  ROBERT A. GOLDSTEIN,
A PROFESSIONAL LAW CORPORATION

18

19  By: _____
Jeff Pollack, Attorney for plaintiff
Chudi C. Iwu

20

21  Dated: May __, 2008

LAW OFFICES OF RICHARD JAY BLASKEY

22

23  By: _____
Richard Jay Blaskey, Attorney for
defendant Peter A. Campellone

24

25  Dated: May 2, 2008

_____
Ronald Graves, defendant In
Propria Persona

26

27  Dated: May 12, 2008

_____
Sarah Graves, defendant In
Propria Persona

28

STIPULATION OF PARTIES RE MEDIATION    3