Jeff Pollack, SBN 72274
ROBERT A. GOLDSTEIN,
A PROFESSIONAL LAW CORPORATION
1430 Franklin Street, Suite 202
Oakland, California 94612
Tele: (510) 834-6720
Fax: (510) 834-5476
Attorney for plaintiff Chudi C. Iwu

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHUDI C. IWU

    Plaintiff,

vs.

GENESIS LENDING GROUP, INC.,
PETER A. CAMPELLONE,
RONALD GRAVES, SARAH GRAVES

    Defendants.

Case No. C07-06506 CRB

**[PROPOSED]
ORDER EXTENDING DEADLINE
TO CONDUCT MEDIATION
AND EXCUSING DEFENDANTS
RONALD GRAVES AND SARAH
GRAVES FROM PERSONALLY
ATTENDING THE MEDIATION**

    Plaintiff Chudi C. Iwu and defendant Peter A. Campellone, by and through said parties attorneys of record, and defendants Ronald Graves and Sarah Graves in propria persona all having signed and filed a stipulation requesting that the 90-day deadline set forth in ADR Rule 6-4(b) be extended and also requesting that defendants Ronald Graves and Sarah Graves be excused from personally attending the mediation and good cause appearing, it is ORDERED that:

    1. The deadline for conducting the mediation in this case is extended through and including July 21, 2008; and

    2. Defendants Ronald Graves and Sarah Graves are excused from attending the mediation in person on condition that they attend the mediation by telephone.

    Dated: May ___ 2008

                                                           CHARLES R. BREYER
                                                           JUDGE OF THE DISTRICT COURT