1  Jeff Pollack, SBN 72274
   ROBERT A. GOLDSTEIN,
2  A PROFESSIONAL LAW CORPORATION
   1430 Franklin Street, Suite 202
3  Oakland, California 94612
   Tele: (510) 834-6720
4  Fax: (510) 834-5476
   Attorney for plaintiff Chudi C. Iwu

5

6

7                 UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
8

9  CHUDI C. IWU                        )    Case No. C07-06506 CRB
                                       )
10                                     )    [PROPOSED]
      Plaintiff,                       )    ORDER EXTENDING DEADLINE
11                                     )    TO CONDUCT MEDIATION
   vs.                                 )    AND EXCUSING DEFENDANTS
12                                     )    RONALD GRAVES AND SARAH
   GENESIS LENDING GROUP, INC.,        )    GRAVES FROM PERSONALLY
13 PETER A. CAMPELLONE,                )    ATTENDING THE MEDIATION
   RONALD GRAVES, SARAH GRAVES         )
14                                     )
      Defendants.                      )
15 _____ )

16      Plaintiff Chudi C. Iwu and defendant Peter A. Campellone, by and through said parties

17 attorneys of record, and defendants Ronald Graves and Sarah Graves in propria persona all having

18 signed and filed a stipulation requesting that the 90-day deadline set forth in ADR Rule 6-4(b) be

19 extended and also requesting that defendants Ronald Graves and Sarah Graves be excused from

20 personally attending the mediation and good cause appearing, it is ORDERED that:

21      1. The deadline for conducting the mediation in this case is extended through and

22 including July 21, 2008; and

23      2. Defendants Ronald Graves and Sarah Graves are excused from attending the mediation

24 in person on condition that they attend the mediation by telephone.

25          July 1, 2008
       Dated: ~~May __ 2008~~
26                                          CHARLES R. BREYER
                                            JUDGE OF THE
27

28
   [PROPOSED] ORDER EXTENDING DEADLINE TO CONDUCT MEDIATION A
   RONALD GRAVES AND SARAH GRAVES FROM PERSONALLY ATTENDING     DIATION

IT IS SO ORDERED
Judge Charles R. Breyer