ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

July 17, 2008

Jeff Howard Pollack
Robert Alan Goldstein
Robert A. Goldstein
A Professional Law Corporation
1430 Franklin Street, Suite 202
Oakland, CA 94612
510-834-6720

Sarah Graves
925 Begonia Ave.
Costa Mesa, CA 92626
949-370-5082
PRO SE

Richard Jay Blaskey
17011 Beach Boulevard
Suite 900
Huntington Beach, CA 926475998
714-375-6604

Ronald Graves
925 Begonia Ave.
Costa Mesa, CA 92626
949-370-1559
PRO SE

Re:   Iwu v. Genesis Lending Group, Inc.
<u>Case No. C 07-06506 CRB MED</u>

Dear Parties and Counsel:

The ADR Program would like to convene a conference call with ADR Program legal staff, to discuss scheduling the Mediation. We would like to schedule this for **Thursday, July 24, 2008 at 9:30 a.m. PDT.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

*[signature]*

Alice M. Fiel
ADR Case Administrator