Jeff Pollack, SBN 72274
ROBERT A. GOLDSTEIN,
A PROFESSIONAL LAW CORPORATION
1430 Franklin Street, Suite 202
Oakland, California 94612
Tele: (510) 834-6720
Fax: (510) 834-5476
Attorney for plaintiff Chudi C. Iwu

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUDI C. IWU<br><br>Plaintiff,<br><br>vs.<br><br>GENESIS LENDING GROUP, INC.,<br>PETER A. CAMPELLONE,<br>RONALD GRAVES, SARAH GRAVES<br><br>Defendants. | Case No. C07-06506 CRB<br><br>**NOTICE OF SETTLEMENT AND JOINT APPLICATION FOR ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE FROM AUGUST 8, 2008 TO EARLIEST DATE AVAILABLE TO THE COURT AFTER JANUARY 1, 2009 BASED ON SETTLEMENT OF THE PARTIES** |

Plaintiff Chudi C. Iwu ("Iwu") and defendant Peter A. Campellone ("Campellone"), by and through their attorneys of record, hereby notify the Court that they have reached a settlement of the entire case and apply for an order continuing the case management conference in this case presently set for August 8, 2008 to the earliest date available to the Court after January 1, 2009 to allow said parties to fully perform the settlement which full performance is a condition precedent under the settlement to plaintiff dismissing the lawsuit in its entirety as to all defendants with prejudice. In support of this application, Iwu's and Campellone's attorneys jointly represent the following:

1. Iwu commenced this action by filing his complaint in this Court on December 28, 2007. Iwu's complaint pertains to two mortgage loans that defendant Genesis Lending Group, Inc. ("Genesis") arranged for Iwu in January 2007 and April 2007 secured by Iwu's former home located at 59 Glen Canyon Court, Pittsburg, California. The complaint alleges defendants Ronald Graves, Sarah Graves, and Peter Campellone were employees or agents of Genesis at the time it

arranged both loans and asserts claims against all defendants for violations of the Real Estate Settlement Procedures Act ("RESPA") (12 U.S.C. 2601-2617), intentional misrepresentation and concealment, negligent misrepresentation, breach of fiduciary duty, negligence, breach of contract, and violations of California's Unfair Competition Law, Business & Professions Code Section 17200

2. Iwu's complaint has been served on all defendants who have, with the exception of corporate defendant Genesis, filed answers denying all the material allegations of Iwu's complaint.

3. On April 4, 2008, the Court held a Case Management Conference in this case at which, pursuant to Iwu's and Campellone's stipulation, ordered the case to mediation and continued the Case Management Conference to August 8, 2008.

4. Without going through mediation Iwu and Campellone have reached a settlement of this case which they have reduced to writing and fully signed. Although the settlement agreement contains a confidentiality provision, it can be disclosed that the settlement provides that after Campellone performs certain obligations by December 4, 2008, Iwu is required to promptly dismiss this lawsuit with prejudice in its entirety as to all defendants - i.e., Genesis, Ronald Graves, Sarah Graves, and Campellone.

5. In light of the settlement Iwu and Campellone respectfully request that the Court continue the Case Management Conference presently scheduled for August 8, 2008 to the earliest date available on the Court's calendar after January 1, 2009. If Campellone performs his obligations under the settlement as scheduled, then plaintiff will entirely dismiss this lawsuit as to all defendants with prejudice in December 2008 and so notify the Court to cancel the Case Management Conference. If, on the other hand, Campellone does not perform his obligations under the settlement, then it would be appropriate to go forward with the Case Management Conference.

6. On Friday, July 25, 2008, Iwu's attorney, Jeff Pollack, had a telephone conversation with defendant Ronald Graves. During this telephone conversation Mr. Pollack advised Mr. Graves of the settlement reached by Iwu and Campellone, the fact that if Campellone performs

his obligations under the settlement plaintiff will dismiss this lawsuit in December 2008 as to all defendants with prejudice, the fact that the rest of the terms of the settlement were confidential, and that Iwu and Campellone would jointly apply to the Court for an order continuing the Case Management Conference presently set for August 8, 2008 to the earliest date available to the Court after January 1, 2009. Mr. Graves told Mr. Pollack that neither he nor his wife oppose Iwu's and Campellone's application to continue the Case Management Conference to sometime after January 1, 2009.

This application is based on this pleading, the declarations of Iwu's and Campellone's attorneys, Jeff Pollack and Richard Blasky, and the proposed Order filed concurrently with this application,

Dated: July 31, 2008

ROBERT A. GOLDSTEIN,
A PROFESSIONAL LAW CORPORATION

By: _____
Jeff Pollack, Attorney for plaintiff
Chudi C. Iwu

Dated: July 31, 2008

LAW OFFICES OF RICHARD JAY BLASKEY

By: _____
Richard Jay Blaskey, Attorney for
defendant Peter A. Campellone

NOTICE OF SETTLEMENT & JOINT APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT
CONFERENCE                                    3

# PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Oakland, County of Alameda, California; my business address is 1430 Franklin Street, Suite 202, Oakland, California 94612. On the below date I served the attached document(s) entitled:

NOTICE OF SETTLEMENT AND JOINT APPLICATION FOR ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE FROM AUGUST 8, 2008 TO EARLIEST DATE AVAILABLE TO THE COURT AFTER JANUARY 1, 2009 BASED ON SETTLEMENT OF THE PARTIES;

DECLARATION OF JEFF POLLACK IN SUPPORT OF PLAINTIFF'S AND DEFENDANT PETER A. CAMPELLONE'S NOTICE OF SETTLEMENT AND JOINT APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE SET FOR AUGUST 8, 2008 TO THE EARLIEST DATE AVAILABLE TO THE COURT AFTER JANUARY 1, 2009;

DECLARATION OF RICHARD J. BLASKEY IN SUPPORT OF PLAINTIFF'S AND DEFENDANT PETER A. CAMPELLONE'S NOTICE OF SETTLEMENT AND JOINT APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE SET FOR AUGUST 8, 2008 TO THE EARLIEST DATE AVAILABLE TO THE COURT AFTER JANUARY 1, 2009; and

[PROPOSED] ORDER GRANTING APPLICATION TO CONTINUE CASE MANAGEMENT

as follows:

Genesis Lending Group, Inc.
Ronald Graves
925 Begonia Avenue
Costa Mesa, California 92626

Ronald & Sarah Graves
1315 Merrimac Place
Aurora, Illinois 60506

Richard Jay Blaskey
Law Offices of Richard Jay Blaskey
Huntington Beach Plaza
17011 Beach Boulevard, Suite 900
Huntington Beach, California 92647-5998

United States District Court
Northern District of California
ADR Program
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

XXX **(BY MAIL)**: On the date stated below, I served a copy of the above document on each of the parties noted above by placing copies of the document in sealed envelopes, with postage prepaid, addressed to each of the parties noted above at their respective addresses noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration is executed in Oakland, California on August 1, 2008.

ALEX VAHDAT