Jeff Pollack, SBN 72274
ROBERT A. GOLDSTEIN,
A PROFESSIONAL LAW CORPORATION
1430 Franklin Street, Suite 202
Oakland, California 94612
Tele: (510) 834-6720
Fax: (510) 834-5476
Attorney for plaintiff Chudi C. Iwu

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUDI C. IWU,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GENESIS LENDING GROUP, INC.,<br>PETER A. CAMPELLONE,<br>RONALD GRAVES, SARAH GRAVES<br><br>　　　　Defendants. | Case No. C07-06506 CRB<br><br>**DECLARATION OF JEFF POLLACK IN SUPPORT OF PLAINTIFF'S AND DEFENDANT PETER A. CAMPELLONE'S NOTICE OF SETTLEMENT AND JOINT APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE SET FOR AUGUST 8, 2008 TO THE EARLIEST DATE AVAILABLE TO THE COURT AFTER JANUARY 1, 2009** |

I, Jeff Pollack, declare:

1. I am an associate attorney in the law firm of Robert A. Goldstein, A Professional Law Corporation, which is the attorney of record for the plaintiff Chudi C. Iwu in this case. I make this declaration based on my personal knowledge, and if called as a witness I could and would testify to the truth of the facts stated below.

2. Plaintiff and defendant Peter A. Campellone have reached a global settlement of this case. The settlement is in writing and has been signed by Mr. Campellone, Richard Blaskey who is Mr. Campellone's attorney, Mr. Iwu and by me. The settlement agreement contains a confidentiality provision, however, it can be disclosed that contingent upon Mr. Campellone performing certain specified obligations by December 4, 2008 plaintiff is required to promptly dismiss this entire lawsuit with prejudice as to all defendants.

3. Given the information that I have obtained about Mr. Campellone and his

DECLARATION OF JEFF POLLACK IN SUPPORT OF PLAINTIFF'S & DEFENDANT PETER A. CAMPELLONE'S NOTICE OF SETTLEMENT AND JOINT APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE , ETC.

circumstances, I believe he will perform the obligations set forth in the settlement agreement which will then result in the full dismissal of this lawsuit in December 2008. If, however, Mr. Campellone does not perform his obligations under the settlement agreement, then my client wants to proceed with this lawsuit as to all of the claims alleged therein and as to all of the defendants. Accordingly, I believe that it would be economical and efficient for the parties, their respective attorneys, and the Court to continue the Case Management Conference that is presently scheduled for August 8, 2008 to the earliest date available on the Court's calendar after January 1, 2009.

4. Defendants Ronald Graves and Sarah Graves, who are husband and wife, have moved to Illinois and reside there. They are representing themselves in propria persona in this case. On Friday, July 25, 2008, I telephoned Mr. Graves at his cell phone and explained to him that plaintiff Mr. Iwu and defendant Peter A. Campellone had reached a settlement of this lawsuit, that the terms of the settlement were confidential but that I could disclose that the settlement required Mr. Campellone to perform certain obligations by December 4, 2008 and, if he did so, then the settlement required Mr. Iwu to dismiss this lawsuit with prejudice in its entirety as to all defendants including Mr. Graves and Mrs. Graves promptly after December 4, 2008. I also explained to Mr. Graves that to give Mr. Campellone and Mr. Iwu time to perform their respective obligations under the settlement agreement, his attorney and I were applying to the Court for an order continuing the Case Management Conference presently set for August 8, 2008 to the earliest date available on the Court's calendar after January 1, 2009. I asked Mr. Graves if he or his wife any objection to continuing the Case Management Conference to some date after January 1, 2009. Mr. Graves said that neither he nor his wife had any objection to the requested continuance of the Case Management Conference.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 1, 2008 at Oakland, California.

_____
JEFF POLLACK

DECLARATION OF JEFF POLLACK IN SUPPORT OF PLAINTIFF'S & DEFENDANT PETER A. CAMPELLONE'S NOTICE OF SETTLEMENT AND JOINT APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE , ETC.         2