Jeff Pollack, SBN 72274
ROBERT A. GOLDSTEIN,
A PROFESSIONAL LAW CORPORATION
1430 Franklin Street, Suite 202
Oakland, California 94612
Tele: (510) 834-6720
Fax: (510) 834-5476
Attorney for plaintiff Chudi C. Iwu

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| CHUDI C. IWU, | Case No. C07-06506 CRB |
|---|---|
| Plaintiff, | **DECLARATION OF RICHARD J. BLASKEY IN SUPPORT OF PLAINTIFF'S & DEFENDANT PETER A. CAMPELLONE'S NOTICE OF SETTLEMENT AND JOINT APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE SET FOR AUGUST 8, 2008 TO THE EARLIEST DATE AVAILABLE TO THE COURT AFTER JANUARY 1, 2009** |
| vs. | |
| GENESIS LENDING GROUP, INC., PETER A. CAMPELLONE, RONALD GRAVES, SARAH GRAVES | |
| Defendants. | |

I, Richard J. Blaskey, declare:

1. I am the attorney representing defendant Peter A. Campellone in the above-entitled action. I make this declaration based on my personal knowledge, and if called as a witness I could and would testify to the truth of the facts stated below.

2. Plaintiff and defendant Peter A. Campellone have reached a global settlement of this case which has been reduced to writing and signed by the plaintiff Chudi C. Iwu, his attorney Jeff Pollack, Mr. Campellone, and me. The settlement agreement contains a confidentiality provision, however, it can be disclosed that contingent upon Mr. Campellone performing certain specified obligations by December 4, 2008, plaintiff is required to promptly dismiss this entire lawsuit with prejudice as to all defendants.

3. My law office is located in Southern California in the City of Huntington Beach, County of Orange. A Case Management Conference is set for August 8, 2008. Unless the Court

DECLARATION OF RICHARD J. BLASKEY IN SUPPORT OF PLAINTIFF'S & DEFENDANT PETER A. CAMPELLONE'S NOTICE OF SETTLEMENT AND JOINT APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE, ETC.

1  grants our Joint Application to Continue it or otherwise excuses me from attending, my personal
2  appearance will be required.

3      4. Based on the settlement that Mr. Iwu and Mr. Campellone have reached, I request
4  that the August 8, 2008 Case Management Conference be continued to the earliest date available
5  on the Court's calendar after January 1, 2009, or, alternatively, that I be excused from personally
6  attending the conference and permitted to appear by telephone.

7      I declare under penalty of perjury that the foregoing is true and correct and that this
8  declaration was executed on July 31, 2008 at Huntington Beach, California.

                                    RICHARD J. BLASKEY, ESQ.

**DECLARATION OF RICHARD J. BLASKEY IN SUPPORT OF PLAINTIFF'S & DEFENDANT PETER A. CAMPELLONE'S NOTICE OF SETTLEMENT AND JOINT APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE, ETC.**    2