Jeff Pollack, SBN 72274
ROBERT A. GOLDSTEIN,
A PROFESSIONAL LAW CORPORATION
1430 Franklin Street, Suite 202
Oakland, California 94612
Tele: (510) 834-6720
Fax: (510) 834-5476
Attorney for plaintiff Chudi C. Iwu

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUDI C. IWU | Case No. C07-06506 CRB |
| Plaintiff, | ~~[PROPOSED]~~ ORDER GRANTING APPLICATION TO CONTINUE CASE MANAGE-MENT CONFERENCE |
| vs. | |
| GENESIS LENDING GROUP, INC., PETER A. CAMPELLONE, RONALD GRAVES, SARAH GRAVES | |
| Defendants. | |

Plaintiff Chudi C. Iwu and defendant Peter A. Campellone, by and through their respective attorneys of record, having signed and filed a joint application notifying the Court that they have entered into a settlement of this action which requires about five months to perform and requesting a continuance of the Case Management Conference presently scheduled for August 8, 2008 to allow them to perform the settlement which includes a dismissal of this case in its entirety, and good cause appearing, it is ORDERED that

(1) The Case Management Conference presently set for August 8, 2009 shall be continued to January _9_, 2009.

(2) Counsel for plaintiff Iwu is ordered to notify the Court if and when he dismisses this action so that the continued Case Management Conference may be taken off calendar.

Dated: August _4_ 2008

_____
CHARLES R. BREYER
JUDGE OF THE

IT IS SO ORDERED

Judge Charles R. Breyer