LAW OFFICES RICHARD JAY BLASKEY
RICHARD JAY BLASKEY, ESQ. - BAR NO. 89223
rjblaw@1stcounsel.com
Plaza Huntington Beach
17011 Beach Boulevard, Suite 900
Huntington Beach, CA        92647-5998
Telephone: (714) 375-6604
Facsimile  : (714) 375-6632

Attorneys for Defendant,
PETER A. CAMPELLONE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHUDI C. IWU,<br><br>    Plaintiffs,<br><br>v.<br><br>GENESIS LENDING GROUP, INC., PETER A. CAMPELLONE, RONALD GRAVES, SARAH GRAVES,<br><br>    Defendants. | NO.: C07-06506-CRB (JCS)<br><br>FIRST AMENDED STIPULATION TO AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE<br><br>DATE             : MARCH 02, 2009<br>NEW DATE     : APRIL 06, 2009<br>TIME              : 9:30 A.M.<br>COURTROOM : A<br>MAG. JUDGE  : HON. JOSEPH C. SPERO |

     Subject to approval by the Court, Plaintiff, Chudi C. Iwu, and Defendant, Peter A. Campellone, through their respective counsel, hereby stipulate to an order 1) continuing the March 02, 2009, Settlement Conference to April 06, 2009, at 9:30 a.m., in Courtroom A of the above-entitled Court, 2) continuing the February 13, 2009, Chambers telephone report to March 20, 2009, and, 3) continuing the February 16, 2009, Settlement Conference Statement lodging to March 23, 2009.

     This is the first amended stipulation and request for continuance of the March 2, 2009, Settlement Conference.

Good cause exists for granting the continuance:

Defense counsel will be engaged in a long-cause trial set for 9:00 a.m. on March 3, 2009, in Department C1 of the Orange County Superior Court in the case of Mayo v Chu. The trial was set before review and analysis of the Notice of Settlement Conference and Settlement Conference Order. Defense counsel will also be engaged in an Order to Show Cause Re Preliminary Injunction set for 8:30 a.m. on March 3, 2009, in Department C32 of the Orange County Superior Court in Workspace v Robles. Defense counsel will therefore be engaged in final trial preparation for Mayo v Chu and preparation for the OSC Re Preliminary Injunction in Workspace v Robles on Monday, March 02, 2009, and will be unavailable to attend the Settlement Conference as presently noticed.

Dated: February 04, 2009     LAW OFFICES RICHARD JAY BLASKEY

/S/ RICHARD JAY BLASKEY

_____
RICHARD JAY BLASKEY, ESQ. - BAR NO. 89223
rjblaw@1stcounsel.com
17011 Beach Boulevard, Suite 900
Huntington Beach, CA     92647-5998
Telephone: (714) 375-6604 Facsimile: (714) 375-6632
Attorneys for Defendant, PETER A. CAMPELLONE

Dated: February 04, 2009     LAW OFFICES OF ROBERT A. GOLDSTEIN

/S/ JEFF POLLACK

_____
BY: JEFF POLLACK, ESQ. - BAR NO. 72274
jeff@rgoldsteinlaw.com
1430 Franklin Street, 2nd Floor
Oakland, CA     94812
Telephone: (510) 834-6720
Facsimile : (510) 834-5476
Attorneys for Plaintiff, CHUDI C. IWU

IT IS SO ORDERED.

Dated: __February 5, 2009__.

_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

-2–
FIRST AMENDED STIPULATION TO AND ~~PROPOSED~~ ORDER FOR
CONTINUANCE OF SETTLEMENT CONFERENCE