Northern Dist of CA
Before Judge Breyer

FILED
09 MAY 14 PM 12:58

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA

CHUDI C. IWU, Plaintiff

vs.

Genesis Lending Group, Inc.
Peter Campellone,
Ronald Graves, Sarah Graves

No. C 07-6506 CRB

( Continued from 5/15 )
( to 5/29 @ 8:30am )
* Case Mgmt. Conference *

FIRST ORDER — CHANGE OF ADDRESS.

RONALD & SARAH GRAVES
1315 MERRIMAC PL
AURORA, IL 60506

Phone No.s remain the same:

949-370-1659 (RON)
949-370-5082 (SARAH)

~~PROPOSED~~ ORDER — APPEAR BY PHONE

Ron & Sarah respectfully submit to the court a plea to participate by phone on 5/29. We do not have the financial means to appear in person. Thank you for consideration.

Ronald L. Graves
RONALD L. GRAVES

SARAH E. GRAVES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer