1  Jeff Pollack, SBN 72274
   ROBERT A. GOLDSTEIN,
2  A PROFESSIONAL LAW CORPORATION
   1430 Franklin Street, Suite 202
3  Oakland, California 94612
   Tele: (510) 834-6720
4  Fax: (510) 834-5476
   Attorney for plaintiff Chudi C. Iwu
5

6

7              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
8

9  CHUDI C. IWU                )   Case No.  C07-06506 CRB
                                )
10                              )   [PROPOSED]
                                )   ORDER DISMISSING WITH
11     Plaintiff,               )   PREJUDICE DEFENDANT
                                )   PETER A. CAMPELLONE
12  vs.                         )   FROM THE ACTION
                                )
13  GENESIS LENDING GROUP, INC.,)
    PETER A. CAMPELLONE,        )
14  RONALD GRAVES, SARAH GRAVES )
                                )
15     Defendants.              )
    _____)

16     Plaintiff CHUDI C. IWU and defendant PETER A. CAMPELLONE having entered into

17  and filed with the Court a Stipulation dismissing said defendant with prejudice from the above-

18  captioned action, and good cause appearing,

19     IT IS HEREBY ORDERED that defendant PETER A. CAMPELLONE is dismissed with

20  prejudice from the above-captioned action.

21

22  Dated: May 29, 2009

23                                          CHARLES R. BREYER
                                            JUDGE OF THE DISTRICT COURT

    *IT IS SO ORDERED*
    *Judge Charles R. Breyer*

[PROPOSED] ORDER OF DISMISSAL BASED ON STIPULATION OF THE PARTIES