Jeff Pollack, SBN 72274
ROBERT A. GOLDSTEIN,
A PROFESSIONAL LAW CORPORATION
1430 Franklin Street, Suite 202
Oakland, California 94612
Tele: (510) 834-6720
Fax: (510) 834-5476
Attorney for plaintiff Chudi C. Iwu

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHUDI C. IWU                              ) Case No. C07-06506 CRB
                                          )
        Plaintiff,                        ) [~~PROPOSED~~] ORDER DISMISSING
                                          ) **ACTION BASED ON PLAINTIFF'S**
vs.                                       ) **APPLICATION FOR**
                                          ) **DISMISSAL PURSUANT TO**
GENESIS LENDING GROUP, INC.,              ) **F.R.C.P. 41(a)(2)**
PETER A. CAMPELLONE,                      )
RONALD GRAVES, SARAH GRAVES               )
                                          )
        Defendants.                       )
                                          )

The plaintiff having filed an application pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure for an order dismissing the above-entitled action as to all defendants with all parties in the action bearing their own attorneys fees and costs of suit paid or incurred in connection with the action, and good cause appearing, it is ORDERED THAT the above-entitled action shall be dismissed in its entirety as to all defendants and that all parties shall bear their own attorneys fees and costs of suit paid or incurred in the action.

Dated: January 20, 2010

_____
CHARLES R. BREYER
JUDGE OF THE DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer